# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00070-CV

Appellants, Public Utility Commission of Texas, Texas Industrial Energy Consumers, and City of Amarillo// Cross-Appellant, Southwestern Public Service Company

v.

Appellee, Southwestern Public Service Company//Cross-Apellees, Public Utility Commission of Texas, Texas Industrial Energy Consumers, and City of Amarillo

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-GN-07-000541, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to set aside the trial court's judgment, reinstate the Commission's final order, and dismiss all appeals, explaining that they have reached a settlement agreement. We reinstate the cause and grant the parties' motion, set aside the trial court's judgment, reinstate the Commission's final order in PUC Docket No. 32685, and dismiss all appeals and the cross-appeal. *See* Tex. R. App. P. 42.1(a)(2) (on agreed motion to dismiss, court may render judgment effectuating parties' agreement).

_____

David Puryear,  Justice

Before Chief Justice Jones, Puryear and Henson

Dismissed on Joint Motion

Filed:  August 5, 2009